IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LINDA R. CARROTHERS, )
)
       Plaintiff, )
)    1:10CV905
v. )
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
       Defendant. )

## ORDER

On April 19, 2013, the United States Magistrate Judge's Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. Defendant filed a response.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment [Doc. #12] is DENIED, that Defendant's Motion for Judgment on the Pleadings [Doc. #17] is GRANTED, and the final decision of the Commission is upheld.

This, the 9th day of September, 2013.

                                                         United States District Judge